UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:18-CV-20424-CMA

NAUN ALEXANDER ACOSTA CARDONA )
and all others similarly situated under 29
U.S.C. 216(b),

        Plaintiffs,

vs.

PAINTING FIRM LLC,
CHARLES R ANSAROFF,
JENNIFER L ANSAROFF,

        Defendants.
_____

## JOINT SCHEDULING REPORT

Plaintiff NAUN ALEXANDER ACOSTA CARDONA ("Plaintiff") and Defendants PAINTING FIRM LLC, CHARLES R ANSAROFF, and JENNIFER L ANSAROFF (collectively "Defendants"), by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 26(f), S.D.Fla. L.R. 16.1(B), and the Court's Order, hereby file this Joint Scheduling Report.

**A.  Likelihood of Settlement.**

The Parties intend to explore, in good faith, the possibilities of settlement and will continue to explore, in good faith, the possibilities of settlement as contemplated by S.D. Fla. L.R. 16.1(B)(5), as this case progresses further.

**B.  Likelihood of Appearance in the Action of Additional Parties.**

Plaintiffs intend to fully utilize the FLSA opt-in process and will seek leave to amend or certify if applicable.

**C.  Proposed Limits on Time.**

*See* Proposed Scheduling Order attached below as Exhibit "A."

**D.      Proposals for the Formulation and Simplification of Issues, Including the Elimination of Frivolous Claims or Defenses, and the Number and Timing of Motions for Summary Judgment or Partial Summary Judgment.**

The Parties will continue discussions and agree to work together to simplify the issues for the Court.

**E.      The Necessity or Desirability of Amendments to the Pleadings.**

Plaintiffs intend to fully utilize the FLSA opt-in process and will seek leave to amend or certify if applicable.

**F.      The Possibility of Obtaining Admissions of Fact and of Documents, Electronically Stored Information or Things Which Will Avoid Unnecessary Proof, Stipulations Regarding Authenticity of Documents, Electronically Stored Information or Things, and the Need for Advance Rulings From the Court on Admissibility of Evidence.**

The Parties will work together to obtain admissions of facts and of documents and to obtain stipulations regarding the authenticity and admissibility of evidence.  The Parties will work together regarding the production of any electronically stored information. At this time, there is no need for any advance rulings with respect to admissibility of evidence.

**G.      Suggestions for the Avoidance of Unnecessary Proof and of Cumulative Evidence.**

The Parties, where possible and in good faith, shall attempt to streamline the presentation of evidence to advance the case to trial, and to minimize the duration of the proposed trial, as to those facts and evidence where there is no dispute. None at this time.

**H.      Suggestions on the Advisability of Referring Matters to a Magistrate Judge or Master.**

The Parties do not agree to consent to the Magistrate at this time.

**I.      Estimated Length of Trial and Whether it is Jury or Non-Jury.**

The Parties estimate that three (3) to four (4) days will be required for trial.  Plaintiffs have demanded a jury trial of all issues so triable.

**J.      Requested Date or Dates for Conferences Before Trial, a Final Pretrial Conference, and Trial.**

The Parties propose to be ready for trial on or after May 6, 2019.

**K.      Whether the Case was Previously Filed or Substantially Related to Another Case Previously or Currently Pending Before Another Court.**

None at this time.

**L.     Other Matters.**

Counsel for the Plaintiffs are Jewish and observe the High Holy Days.  Plaintiffs' counsel's firm, is closed in observance of said holidays on 3/31/18, 4/1/18, 4/6/18, 4/7/18, 5/20/18, 5/21/18, 9/10/18, 9/11/18, 9/19/18, 9/24/19, 9/25/18, 10/1/18 10/2/18.

DATED:  March 8, 2018

| By: */s/ Neil Tobak, Esq.*_____ | By: */s/* Michael D. Stewart_____ |
|---|---|
| Neil Tobak, Esq. | Michael D. Stewart |
| Fla. Bar No. 093940 | Law Offices of Michael D. Stewart |
| ntobak.zidellpa@gmail.com | 200 S.E. 1st St. |
| J.H. ZIDELL, P.A. | Suite 701 |
| 300 71st Street, Suite 605 | Miami, FL 33131 |
| Miami Beach, FL 33141 | 305-590-8909 |
| Telephone: (305) 865-6766 | Fax: 866-380-8986 |
| Facsimile: (305) 865-7167 | Email: midstewart@gmail.com |
| *Attorney for Plaintiffs* | *Counsel for Defendants* |

**EXHIBIT "A"**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:18-CV-20424-CMA

NAUN ALEXANDER ACOSTA CARDONA )
and all others similarly situated under 29
U.S.C. 216(b),

      Plaintiffs,

vs.

PAINTING FIRM LLC,
CHARLES R ANSAROFF,
JENNIFER L ANSAROFF,

      Defendants.

**PROPOSED SCHEDULING ORDER SETTING
CIVIL TRIAL DATE AND PRETRIAL SCHEDULE**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **[5/06/2019]**. The **Calendar Call** will be held at **9:30 a.m. on Wednesday, [04/17/2019]**. A **Status Conference** will be held at **9:30 a.m. on Wednesday, [1/16/19]**. The parties shall adhere to the following schedule:

1. Joinder of any additional parties and filing of motions to amend the complaint by — **[06/18/2018]**

2. Written lists containing the names and addresses of all fact witnesses intended to be called at trial by — **[12/24/2018]**

3. Plaintiff(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by — **[07/23/2018]**

4

| | | |
|---|---|---|
| 4. | Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **[08/132/2018]** |
| 5. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **[09/10//2018]** |
| 6. | Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | **[07/21/2018]** |
| 7. | Fact discovery shall be completed by | **[01/14//2019]** |
| 8. | Expert discovery shall be completed by | **[01/14/2019]** |
| 9. | Dispositive motions, including those regarding summary judgment and *Daubert*, shall be filed by | **[2/11/2019]** |
| 10. | Mediation shall be completed by | **[11/05//2018]** |
| 11. | All pretrial motions and memoranda of law, including motions in limine, shall be filed by | **[3/04/2019]** |
| 12. | Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by | **[4/08/2019]** |
| 13. | Electronic versions of documentary exhibits and Certificates of Compliance re Admitted Evidence shall be filed on CM/ECF by | **[04/15/2019]** |