UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20424-CIV-ALTONAGA/Goodman

**NAUN ALEXANDER ACOSTA CARDONA**,

      Plaintiff,

v.

**PAINTING FIRM LLC**, *et al.*,

      Defendants.

_____/

**ORDER**

**THIS CAUSE** came before the Court *sua sponte*. On February 12, 2018, the Court entered an Order [ECF No. 9] requiring the parties to file certificates of interested parties by March 14, 2018. Defendants, Charles R. Ansaroff and Jennifer L. Ansaroff were served on February 9, 2018. (*See* Proofs of Service [ECF No. 8]). Defendant, Painting Firm LLC was served on February 13, 2018. (*See* Proof of Service [ECF No. 10]). Defendants filed their Answer [ECF No. 14] on February 27, 2018. To date, Defendants have not filed certificates of interested parties.

Accordingly, it is **ORDERED** that Defendants shall comply with the Order by **March 20, 2018**.

**DONE AND ORDERED** in Miami, Florida, this 16th day of March, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record