UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-20424-CIV-ALTONAGA

**NAUN ALEXANDER ACOSTA CARDONA**
and all others similarly situated under 29
U.S.C. § 216(b),

    Plaintiffs,

vs.

**PAINTING FIRM LLC**,
**CHARLES R ANSAROFF**, and
**JENNIFER L ANSAROFF**,

    Defendants.
_____/

**ORDER SCHEDULING MEDIATION**

THE INITIAL MEDIATION CONFERENCE in this matter shall be held with mediator **Neil Flaxman, Esq**., on **June 6, 2018, commencing at 10:00 a.m.** at Brickell Bayview Centre 80 SW 8th Street, Suite 3100, in Miami, Florida. The parties are reminded that a report of the mediation is due within seven (7) days of the mediation conference.

**DONE AND ORDERED** in Miami, Florida this 19th day of March, 2018.

                                                **CECILIA M. ALTONAGA**
                                              **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record