UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-20424-CIV-CMA

NAUN ALEXANDER ACOSTA CARDONA )
and all others similarly situated under 29 )
U.S.C. 216(b), )
                                                        )
        Plaintiffs, )
vs. )
                                                        )
PAINTING FIRM LLC, )
CHARLES R ANSAROFF, )
JENNIFER L ANSAROFF, )
                                                        )
        Defendants. )
_____ )

## PLAINTIFF'S AMENDED STATEMENT OF CLAIM

      Now comes the Plaintiff, by and through the undersigned, and files the above-described

Statement of Claim as follows:

**Half Time Overtime Claim (2/15/15-11/14/17):**
Amount of Half Time Overtime per hour not compensated: $9.50[1]
Weeks: 143
Overtime hours per week: 15
Total overtime wages unpaid and liquidated damages: $20,377.50 X 2 = $40,755.00, *exclusive of* **attorneys' fees and costs**

\* Plaintiff seeks all fees and costs under the FLSA. The above calculations do not account for fees and costs under the FLSA sought by Plaintiff.
\*\*Plaintiffreserves the right to seek time-and-one-half damages for any other completely unpaid overtime hours should the facts adduced in discovery justify same.

                                                  Respectfully submitted,

                                                  J. H. ZIDELL, P.A.
                                                 ATTORNEYS FOR PLAINTIFF
                                                 300-71ST STREET, SUITE 605
                                                 MIAMI BEACH, FLORIDA 33141

---

[1] There was a scrivener's error in the Statement of Claim [DE7] which is corrected herein.

        305-865-6766  
        305-865-7167  

        By:_s/ Neil Tobak, Esq. ___  
        Neil Tobak, Esquire  
          Florida Bar No.: 093940  

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 3/20/18 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:_____/s/ Neil Tobak_____**  
      **NEIL TOBAK, ESQ.**