UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-CV-20424-CMA

NAUN ALEXANDER ACOSTA CARDONA
and all others similarly situated under 29
U.S.C. 216(b),

    Plaintiff,

vs.

PAINTING FIRM LLC,
CHARLES R. ANSAROFF,
JENNIFER L. ANSAROFF

    Defendants.
_____/

## **ANSWER TO PLAINTIFF'S AMENDED STATEMENT OF CLAIM**

COMES NOW Defendants, by and through undersigned counsel, and files their Answer to Plaintiff's Amended Statement of Claim, and in support hereof states:

1. Defendants denies that Plaintiff is entitled to any overtime pay as Plaintiff is exempt under the FLSA executive classification.

2. Defendants denies any an all others claims made by Plaintiff.

3. Defendants vehemently denies that Plaintiff is owed any monies.

    /s/ Michael D. Stewart_____
    Michael D. Stewart, Esq.
    FL Bar No.: 12457
    ms@themiamilaw.com
    150 SE 2nd Ave., Suite 1000
    Miami, FL  33131

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 21, 2018 I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel/parties of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronically Notices of Electronic Filing.

    _/s/ Michael D. Stewart_____
Michael D. Stewart, Esq.